IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

**CASE NO. 0:17-CV-61514-UU**

DOMINIQUE PIERRE,

        Plaintiff,

v.

TRANS UNION, LLC,
and PROFESSIONAL DEBT MEDIATION, INC.,

        Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

1. Trans Union was served with Plaintiff's Complaint on August 1, 2017, and its response to the Complaint is due on August 22, 2017.

2. Prior to the Defendant's deadline to respond to Plaintiff's Complaint, on August 21, 2017, Andrew Sefzik, regional counsel for Trans Union, emailed Plaintiff's counsel regarding an extension, and Plaintiff's counsel agreed to give Trans Union an extension of time in which to answer or otherwise respond to the Complaint up to and including September 6, 2017.

3. Trans Union's counsel continues to review the allegations of the Complaint and requires additional time to respond to the same in a meaningful fashion.

4. Trans Union's time to plead in response to the Complaint has not yet expired.

5. This request for an extension of time is made with the consent of Plaintiff, is not made for any improper purpose, and will not prejudice the orderly administration of this matter.

6. No party would be prejudiced by the extension.

7. Trans Union does not request oral argument on the Motion.

8. No other extensions have been requested as to this specific deadline and Trans Union does not anticipate this extension will affect scheduling of this case.

WHEREFORE, Defendant Trans Union, by counsel, hereby requests that the Court enter an Order (1) granting the Unopposed Motion for an Extension of Time; (2) providing Trans Union with an extension until September 6, 2017, to file its responsive pleadings to the Complaint; and (3) awarding Trans Union such further relief as the Court deems appropriate.

DATED: August 21, 2017

Respectfully submitted,

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**
fcosmen@qpwblaw.com
Florida Bar No. 0089214
**QUINTAIROS, PRIETO, WOOD & BOYER P.A.**
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida  33156
(305) 670-1101
(305) 670-1161 Fax
*Counsel for Trans Union LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Darren R. Newhart
Jack Dennis Card , Jr.
Consumer Law Organization, P.A.
721 US Highway 1, Suite 201
North Palm Beach, FL 33408
(561) 822-3446
(305) 574-0132 Fax
Dcard@Consumerlaworg.com
**Counsel for Plaintiff**

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**

3