UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-cv-61514-UU

DOMINIQUE PIERRE,

    Plaintiff,

v.

TRANS UNION, LLC, *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Unopposed Motion for Extension of Time for Defendant Trans Union LLC to File Answer or Otherwise Respond to Plaintiff's Complaint. D.E. 7.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Unopposed Motion for Extension of Time for Defendant Trans Union LLC to File Answer or Otherwise Respond to Plaintiff's Complaint (D.E. 7) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of August, 2017.

*/s/ Ursula Ungaro*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf